# United States District Court
## Southern District of Georgia

COLUMBIA INSURANCE GROUP,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV311-088

HLJ ENTERPRISES, INC.; JAMES C. GARNER; APRIL H. GARNER; HILTON JOINER; FREEMAN, DANIEL & CO., LLC; MARION FREEMAN; and MARILYN DAILEY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on November 13, 2012, Judgment is ENTERED in favor of Plaintiff Columbia Insurance Group and against Defendants HLJ Enterprises, Inc. and Hilton Joiner. All remaining defendants are DISMISSED WITHOUT PREJUDICE and this civil action is CLOSED.

November 13, 2012
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*